1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  855 Marina Bay Parkway, Suite 210
   RICHMOND, CA 94804
3  Phone 415-730-6289
   richardmacbridelaw@gmail.com
4  Attorney for Plaintiff Richard Sepulveda

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALID MAJDUB, ET AL.,<br><br>    Defendants. | Case No.:   2:24-cv-01662-DJC-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

     Plaintiff Richard Sepulveda ("Plaintiff"), and Defendants Manal Majdub, individual and dba Wienerschnitzel Restaurant, and Walid Majdub, individually and dba Wienerschnitzel Restaurant (together, "Defendants") by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendants is Alden J. Parker of Fisher & Phillips LLP), hereby stipulate as follows:

1. Plaintiff entered into a written Mutual Release and Settlement Agreement with Defendants in this matter whereby Plaintiff deemed resolved all claims as against all Defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all Defendants, all parties to bear their own respective attorneys' fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendants.

////

////

////

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all Defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda                                        9/22/2025

Fisher & Phillips LLP – By: Alden J. Parker /s/ Alden J. Parker

Attorney of record for Defendants Walid Majdub and Manal Majdub            9/22/2025

FILER'S ATTESTATION

I hereby attest that on September 22, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Alden J. Parker, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Majdub et al., Case No. 2:24-DV-01662-DJC-AC, is dismissed with prejudice with respect to all defendants, and all causes of action with respect to them, with each party to bear his/her/its own attorneys' fees and costs.

Dated:  September 23, 2025           /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE